## VERIFICATION

      I, Lan Huong Tran, am a plaintiff in the within action. I have reviewed the allegations made in this Shareholder Derivative Complaint, know the contents thereof, and authorize its filing. To those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of November, 2024.

Signed by:

*Lan Huong Tran*
B7C154DC3AA8496...

Lan Huong Tran